■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARION A. PHOENIX, Appellant.—Judgment unanimously affirmed. Memorandum: There is no merit to defendant's claim that the verdict of the jury is not supported by the weight of the evidence *(see, People v Bleakley,* 69 NY2d 490).

None of the other issues raised by defendant has been preserved for review *(see,* CPL 470.05 [2]) and it cannot be said on this record that defendant was deprived of a fair trial *(see,* CPL 470.15 [6] [a]). Were we to consider the issues, we would conclude that the rebuttal evidence offered by the People was properly received *(see, Marshall v Davies,* 78 NY 414, 420; *People v Harris,* 57 NY2d 335, *cert denied* 460 US 1047; *People v Wheaton,* 148 AD2d 931); that the court did not err when it gave a "special" or *Allen*-type charge to the jury *(see, Allen v United States,* 164 US 492); that while the court may have erred in commencing a readback of testimony to the jury in the absence of counsel *(see,* CPL 310.30), no prejudice to the defendant resulted; and that although the court's charge on the reasonable doubt standard included phrases we have previously criticized *(see, People v Jimenez,* 147 AD2d 905; *People v Luis,* 145 AD2d 960; *People v Price,* 144 AD2d 1013, and cases cited therein), the charge as a whole conveyed the proper standard to the jury. (Appeal from judgment of Onondaga County Court, Cunningham, J.—manslaughter, first degree.) Present—Dillon, P. J., Green, Pine, Balio and Lawton, JJ.